Henderson, Kline & Tolles, for defendant in error.

---

432                    ,ATTACHMENT.

## EDSON KEITH v. A. D. MOORE ET AL.

Re-delivery Bond.—Re-delivery Bond may be Given for Part of Property Attached,.

. Application for supersedeas.

Held:  Under sec. 5529, Rev. Stat., defendant has a right to furnish a re-delivery bond for the whole or for a part of the property attached.

Everett, Dellenbaugh & Wood, for plaintiff.

Burke & Ingersoll, for defendant.

---

433                    MISCONDUCT OF JURY.

## W. H. JANES v. JACOB HOEHN.

Evidence of Jurors Incompetent to Show.

Affidavits of jurors will not be received to prove their own misconduct in adopting an improper way of arriving at a verdict.

The jury agreed to each assess the amount of damages, the added total to be divided by twelve, and agreed to and did return the quotient as their verdict.  This was proved only by the affidavits of jurors. .

Held:  The evidence was inadmissible to prove such misconduct. Farrer v. State, 2 O. S., 54.

C. E. Pennewell, for plaintiff in error.

Robinson & White, for defendant in error.